UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAYMOND D. HILL, *et al.*,<br><br>Defendants. | No.: CR 05-00324 MMC / EDL<br><br>[~~PROPOSED~~] PRE-TRIAL ORDER DETAINING DEFENDANT STEVEN WILSON PURSUANT TO 18 U.S.C. § 3142 |

Based upon this Court's review of the United States Pre-Trial Services Report and its recommendation that the defendant be detained pending trial, as well as the record made by the parties before this Court at the detention hearing held on May 11, 2006, pursuant to 18 U.S.C. § 3142(f), the Court hereby makes the following FINDINGS pursuant to 18 U.S.C. § 3142(i):

1. Steven Wilson (the "Defendant") meets the prerequisites under 18 U.S.C. § 3142(e), triggering the rebuttable presumption in this case that no condition or combination of conditions will reasonably assure the appearance of the person as required and the safety of the community.

2. Defendant's residential history is unconfirmed in that, as set forth in the Pre-Trial Services Report, Defendant reports that he lived with his grandmother his entire life, but his mother believes he has been staying with various friends for the past year or more.

3. Defendant, a 26-year old, does not have any history of gainful employment.

[~~PROPOSED~~] ORDER RE: WILSON DETENTION HEARING
CR 05-00324 MMC / EDL

4. Defendant has been arrested at least 29 times on bench warrants and had his probation revoked.

5. Pre-Trial Services has not been able to locate any potential sureties.

6. California state criminal records indicate that Defendant, Steven Wilson, has used multiple aliases, including but not limited to Wesley Williams, Tony Padmore, James Earl Johnson, Jeff Brown and Earl Janae Johnson. In addition, Defendant has reported at least eight different dates of birth.

7. Based upon this information, as assessed by Pre-Trial Services, this Court finds that there are no conditions or combination of conditions that could be imposed by the Court that would reasonably ensure the defendant's appearance at all future Court obligations.

8. In addition, based upon the information available in California state criminal records, Defendant has had a chronic contact with the criminal justice system since he was 15 years of age. He has five misdemeanor convictions and two felony convictions. Based upon this information, as assessed by Pre-Trial Services, this Court finds that the defendant could pose a danger to the community should he be released from federal custody.

THEREFORE, for the reasons set forth above reflecting Defendant's flight risk and danger to the community, IT IS HEREBY ORDERED that Steven Wilson be detained in the custody of the Attorney General pending trial. The Court orders, pursuant to 18 U.S.C. § 3142(i)(2), that Defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Court orders, pursuant to 18 U.S.C. § 3142(i)(3), that Defendant be afforded reasonable opportunity for private consultation with counsel. Finally, pursuant to 18 U.S.C. § 3142(i)(4), the Court orders that on further order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which Defendant is confined deliver Defendant to a United States

///

///

///

1 | Marshal for the purpose of an appearance in connection with a court proceeding.

2 | IT IS SO ORDERED.

3 | Dated: May 22, 2006

4 | _____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER RE: WILSON DETENTION HEARING
CR 05-00324 MMC / EDL            3